10:00 AM  **1-09-47469-jf**    Edward A Marlatt    David J Doyaga
       Ch 7
       Trustee: Doyaga

4

**Matter:**    [18] Motion to Dismiss Case failure to appear at 341 meeting
**Judge Hearing Notes:**

*Motion Granted — Case Dismissed*

**SO ORDERED**

s/ JEROME FELLER