# United States Bankruptcy Court

Eastern District Of New York
271 Cadman Plaza East, Suite 1595
Brooklyn, NY 11201−1800

| | |
|---|---|
| IN RE: | CASE NO: 1−09−47469−jf |
| Edward A Marlatt | |
| Social Security/Individual Taxpayer ID/Taxpayer ID/Employer ID No.: | CHAPTER: 7 |
| xxx−xx−9112 | |
| DEBTOR(s) | |

## ORDER TO CLOSE DISMISSED CASE

The above−captioned case was dismissed by order dated January 7, 2010

**IT IS ORDERED THAT:**

    David J Doyaga (Trustee) is discharged as trustee of the estate of the above−named debtor(s) and the bond is cancelled.

The Chapter 7 case of the above−named debtor(s) is closed.

 

                                                s/ Jerome Feller
                                                United States Bankruptcy Judge

Dated: January 22, 2010

**Goclosdsmcs** [Order to Close Dismissed Case rev. 07/21/03]